UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

MILOVAN STEVANOVIC and
VESNA STEVANOVIC,

        Plaintiff,

- against -

ATTORNEY GENERAL,
on behalf of the
U.S. Department of Justice;
MICHAEL GARCIA,
Commisioner of the Citizenship &
Immigration Services;
DISTRICT DIRECTOR OF C.I.S.
ANN MARIE GANTNER
on behalf of the Department of
at New York, New York

        Defendants.

------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

Civil Action
No. CV-05-3045

(Ross, J.)
(Pohorelsky, M.J.)

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
October 16, 2005

Attorney for the Plaintiffs

ROBERT J. SHANNON, ESQ.
277 Broadway, Suite 108
New York, New York 10008

Dated: New York, New York
October 18, 2005

Attorney for the Defendants

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By:
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
October 25, 2005

HONORABLE ALLYNE R. ROSS
United States District Judge